

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00133-CV

IN RE:  THE ESTATE OF CHARLES W. FORD, DECEASED

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2012-16,678-B-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

The parties have filed with this Court a joint motion to dismiss this appeal. *See* TEX. R.

APP. P. 42.1. The parties represent that they have reached a full and final settlement. In such a

case, no real controversy exists, and, in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     March 20, 2014
Date Decided:       March 21, 2014